# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) </br> ) </br> Appellant, ) </br> ) </br> vs. ) </br> ) </br> 23ANDME HOLDING CO., *doing business as* VG ACQUISITION CORP., ) </br> ) </br> Appellee. ) | Case No. 4:25-cv-0999-MTS </br></br> Appeal of 4:25-bk-40976 |

## ORDER

**IT IS HEREBY ORDERED** that Appellant the People of the State of California's Emergency Motion for a Stay Pending Appeal, Doc. [8], is **GRANTED**.

**IT IS FURTHER ORDERED** that an in-person hearing will be held in this matter on **Thursday**, **July 10, 2025**, at **2:00 p.m.**, in Courtroom Sixteen South (16-S) of the Thomas F. Eagleton United States Courthouse.

Dated this 7th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE