UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br>*23ANDME HOLDING CO.*, et al.,<br><br>Debtors.<br><br><br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>Appellants/Movants<br><br>v.<br><br>*23ANDME HOLDING CO.*, et al.,<br><br>Appellees/Respondents | Case No. 25-40976<br>Chapter 11<br>(Jointly Administered)<br><br><br>Case No. 25cv999 |

## ENTRY OF APPEARANCE

COMES NOW Beck & Sant, LLC, by John Talbot Sant, Jr. and hereby enters his appearance on behalf of Center for Applied Values and Ethics in Advancing Technologies (CAVEAT) and individuals listed in Exhibit A..

Respectfully submitted,

**BECK & SANT, LLC**

/s/ John Talbot Sant, Jr.
John Talbot Sant, Jr., MO#35324
BECK & SANT, LLC
11775 Borman Drive, Suite 216
Maryland Heights, Missouri 63146
(636) 240-3632/Fax: (636) 240 - 6803
Email: tal@beckandsantlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States District Court and has been served on the parties in interest via email by the Court's CM/ECF system this 9th day of July 2025.


                                                  /s/    John Talbot Sant, Jr.

# Exhibit A

**Linda MacDonald Glenn, JD,**
**LLM** Ethicist, Futurist &
Attorney-at-law Faculty | CSU
Monterey Bay
Faculty |UC Santa Cruz
Founding Director | Center for Applied Values and Ethics in Advanced Technologies (*CAVEAT*)


**Alexander M. Capron**
University Professor
Emeritus,
Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics (Gould School
of Law)
Professor Emeritus of Law and Medicine (Keck School of Medicine), and Founding Co-Director of the Pacific Center for
Health Policy and Ethics University of Southern California
Los Angeles, California


**Camille Nebeker, EdD, MS**
Professor, Herbert Wertheim School of Public Health and Human
Longevity Science, UC San Diego
Director, ReCODE Health, UC San Diego
Director, Research Ethics Program, UC San
Diego
Campus Location: Atkinson Hall | 9500 Gilman Drive | La Jolla, CA 92093 MC 0811


**Nanette Elster, JD, MPH**
Professor of Bioethics
Neiswanger Institute for BioethicsLoyola University Chicago Stritch School of
Medicine 2160 S. First Avenue
Maywood, IL 60153

**Arthur L. Caplan**
Drs. William F. and Virginia Connolly Mitty
Professor Founding Head of the Division of
Medical Ethics
NYU Grossman School of
Medicine Department of
Population Health New York,
NY 10016


**Paul Root Wolpe, Ph.D.**
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics
Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological
Behavior, and Sociology
Emory
University
Atlanta,
Georgia


**Kayte Spector-Bagdady, JD, MBioethics, HEC-C**
Director, Michigan Bioethics
Associate Professor, Obstetrics &
Gynecology Associate Editor, American
Journal of Bioethics 734.764.9886 (office)
x31922 (pager) kaytesb@med.umich.edu


**Robert Cook-Deegan, MD**
Professor, Arizona State University Barrett & O'Connor Washington Center
1800 I (Eye) Street, NW
Washington, DC  20006


**Andrea Downing**
Co-Founder & Board President, The Light
Collective 1711 Willamette St. Suite 301
Eugene Oregon 97401

**Lisa A. Berkley, PhD**
Founder + Director, Crown College, UCSC, Resiliency
Program Founding Executive Director
Center for Applied Values and Ethics in Advancing Technologies
(CAVEAT) UCSC Crown College Faculty


**Elizabeth Dreicer**
Founding Chairperson and Trustee, The Global BioData Trust
Customer of *23Andme* since 2012, residing in San Diego, CA