# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,   ) <br> ) <br> Appellant,   ) <br> ) <br> vs.   ) <br> ) <br> 23ANDME HOLDING CO., *doing business as* VG ACQUISITION CORP.,   ) <br> ) <br> Appellee.   ) | Case No. 4:25-cv-0999-MTS <br><br> Appeal of 4:25-bk-40976 |

## ORDER

**IT IS HEREBY ORDERED** that the public will be able to listen to the audio of the hearing being held on July 10, 2025, at 2:00 p.m., CT, in Courtroom 16-South of the Thomas F. Eagleton United States Courthouse, in St. Louis, Missouri, concerning the People of the State of California's Motion for a Stay Pending Appeal, on the Court's YouTube channel. Members of the public may access the Court's YouTube channel at https://www.youtube.com/c/USCourtsMOED. Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are prohibited. Accordingly, audio of the proceeding, in full or in part, may not be recorded, broadcasted, or televised.

Dated this 9th day of July 2025.

*[signature]*

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE