**United States District Court for the Eastern District of Missouri**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      *Appellant*<br><br>v.<br><br>23ANDME HOLDING CO., *et al.*,<br><br>      *Appellee* | Docket Number 4:25-cv-00999-MTS |

## Notice of Appeal to United States Court of Appeals for the Eighth Circuit

  The People of the State of California appeals to the United States Court of Appeals for the Eighth Circuit from the order of the District Court for the Eastern District of Missouri, entered in this case on July 10, 2025, denying the People's Emergency Motion for a Stay Pending Appeal. [Dist. Ct. Dkt. No. 49.]

  The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

1. Debtors and Debtors in Possession, represented by:

  **Carmody MacDonald P.C.**
  Thomas H. Riske #61838MO
  Nathan R. Wallace #74890MO

Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
nrw@carmodymacdonald.com
jjg@carmodymacdonald.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta
Christopher Hopkins
William A. Clareman
Jeffrey J. Recher
Lyuba Shamailova
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
wclareman@paulweiss.com
jrecher@paulweiss.com
lshamailova@paulweiss.com

2. Interested party, TTAM Research Institute, represented by:

**BRYAN CAVE LEIGHTON PAISNER LLP**
David M. Unseth, #48086MO
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Fax: (314) 259-2020
Email: david.unseth@bclplaw.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (admitted pro hac vice)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001


**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Kenneth Hershey
Emma McCabe
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
– and –
Cameron Kelly
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100


3. Other parties filed appearances in the District Court.

Dated: July 10, 2025

Respectfully submitted,

Rob Bonta
Attorney General
Nicklas A. Akers  #211222(CA)
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*

Bernard A. Eskandari #244395(CA)
Stacey D. Schesser #245735(CA)
Supervising Deputy Attorneys General
Yen P. Nguyen #239095(CA)
Daniel M.B. Nadal #299661(CA)

Attorneys for The People of the State of California

Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:  (415) 510-3497
Facsimile:  (916) 731-2146
Email:      bernard.eskandari@doj.ca.gov
            stacey.schesser@doj.ca.gov
            titi.nguyen@doj.ca.gov
            daniel.nadal@doj.ca.gov

## Certificate of Service

  The undersigned certifies that on July 10, 2025, a true and correct copy of the foregoing document will be filed with the Clerk of the United States District Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

             /s/ Daniel M.B. Nadal
             An Attorney for the People of the State of California