UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et. al., | ) ) ) | |
| Appellants, | ) ) | |
| Vs. | ) ) | Case No. 4:25-cv-0999-MTS |
| 23 AND ME Holding Co., d/b/a VG ACQUISITION CORP., | ) ) ) ) | Consol. Appeal of 4:25-bk-40976 |
| Appellee | ) | |

## NOTICE OF APPEAL OF TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

COME NOW certain current and former members of 23andMe Holding Co. and Amici Curiae The University of California, Santa Cruz Center for Applied Values and Ethics in the Advancing Technologies (CAVEAT), members of the Global BioData Trust Bioethics Committee (Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deacon, M.D., Anrea Downing and Elizabeth Dreicer), by and though counsel, and appeal to the United States Court of Appeals for the Eight Circuit from the Order of the District Court for the Eastern District of Missouri, Eastern Division, entered on July 10, 2025, denying Appellants' Emergency Motion for a Stay Pending Appeal.  A copy of the Order entered on July 10, 2025 (Doc. 49) is attached as Exhibit A.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

1

1. Debtors and Debtors in Possession, represented by:

   **CARMODY MCDONALD, P.C.**
   Thomas H. Riske      #61838MO
   Nathan R. Wallace    #74890MO
   Jackson J. Gilkey    #73716MO
   120 S. Central Avenue, Suite 1800
   St. Louis MO 63105
   Telephone:   (314) 854-8600
   Facsimile:   (314) 854-8660
   thr@carmodymacdonald.com
   nrw@carmodymacdonald.com
   jjg@carmodymacdonald.com

   **PAUL, WEISS, RIFKIND, WHARTON & GARRISION LLP**
   Paul M. Basta
   Christopher Hopkins
   William A. Clareman
   Jeffrey J. Recher
   Lyuba Shamailova
   1285 Avenue of the Americas
   New York, NY 10019
   Telephone:   (212) 373-3000
   Facsimile:   (212) 75703990
   pbasta@paulweiss.com
   chopkins@paulweiss.com
   wclareman@paulweiss.com
   jrecher@paulweiss.com
   lshamailova@paulweiss.com

2. Interested party, TTAM Research Institute, represented by:

   **BRYAN CAVE LEIGHTON PAISNER LLP**
   David M. Unseth      #48086MO
   One Metropolitan Square
   211 N. Broadway, Suite 3600
   St. Louis, MO 63102
   Telephone:   (314) 259-2000
   Facsimile:   (314) 259-2020
   david.unseth@bclplaw.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jospeh O. Larkin (admitted pro hace vice)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone:	(302) 651-3000
Facsimile:	(302) 651-3001

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Kenneth Hershey
Emma McCabe
295 Fifth Avenue
New York, NY  10016
Telephone:	(212) 849-7000
Facsimile:	(212) 849-7100

and

Cameron Kelly
700	Louisiana Street, Suite 3900
Houston, TX  77002
Telephone:	(713) 221-7000
Facsimile:	(713) 221-7100

3. **California Department of Justice/Attorneys for the People of the State of California**
Rob Bonta
Attorney General
Nicklas A. Akers        #21222CA
Senior Assistant Attorney General
Bernard A. Eskandari  #244395CA
Stacey D. Schesser      #245735CA
Supervising Deputy Attorneys General
Yen P. Nguyen           #239095CA
Daniel M.B. Nadal      #299661CA
455 Golden Gate Ave., Ste. 11000
San Francisco, CA  941002
Telephone:     (415) 510-3497
Facsimile:     (916) 731-2146
bernard.eskandari@doj.ca.gov
stacey.schesser@doj.ca.gov
titi.nguyen@doj.ca.gov
daniel.nadal@doj.ca.gov

4. Other parties filed appearances in the District Court.

Respectfully submitted,

**BUCKLEY, ENGELBART & CHAPELL, LLC**

By: /s/ *Adrian P. Sulser*
Martin J. Buckley     #37000MO
Adrian P. Sulser      #33103
10805 Sunset Office Drive, Suite 401
St. Louis, MO 63127
Telephone:     (314) 621-3434
Facsimile:     (314) 621-3485
mbuckley@buckleylawllc.com
*Attorneys for Appellants CAVEAT and members of the Global BioData Trust Bioethics Committee*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 11th day of July, 2025, a copy of the above and foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, with copies to be served all counsel of record by operation of the Court's electronic filing system.

                                                         */s/ Adrian P. Sulser*