# US Court of Appeals - Eighth Circuit
# NOA Supplement

**Caption:** The People of the State of California v. 23andMe Holding Co,

**USCA#:**

**Case Number:** 4:25-CV-00999 MTS

**Plaintiff:** The University of California, Santa Cruz Center for Applied Values and Ethics in the Advancing Technologies (CAVEAT) et al

**Defendant:** 23andMe Holding Co.

**Attorney:** SEE DOCKET SHEET

**Attorney:** SEE DOCKET SHEET

**Court Reporter(s):** Pamela Harrison

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Jason Dockery at 314-244-7935

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | [PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No   Where:

**Please list all other defendants in this case if there were multiple defendants:**