# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2361

In re: 23andMe Holding Co.

------------------------------

The People of the State of California

Appellant

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

TTAM Research Institute

Intervenor

No: 25-2370

In re: 23andMe Holding Co.

------------------------------

The People of the State of California, et al.

JD Linda MacDonald Glenn, et al.

Appellants

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)
(4:25-cv-00999-MTS)

---

# ORDER

The motion for reconsideration is denied.

July 17, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler