# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In re:* <br><br> **23ANDME HOLDING CO.** *et al.*, <br><br> Debtors. | |
| **THE PEOPLE OF THE STATE OF CALIFORNIA** *et al.* <br><br> Appellant(s), <br><br> v. <br><br> **23ANDME HOLDING CO.**, <br><br> Appellee(s). | U.S. District Court <br> No. 4:25-CV-00999 |

## MOTION TO IMPLEMENT CORPORATE NAME CHANGE

23andMe Research Institute ("**23andMe R.I.**"), formerly known as TTAM Research Institute ("**TTAM**"), hereby files this Motion to Implement Corporate Name Change (this "**Motion**"). In support of this Motion, 23andMe R.I. states as follows:

TTAM has actively participated in the underlying bankruptcy proceedings, as well as the present consolidated appeals, through its former corporate name of

"TTAM Research Institute." However, on July 17, 2025, TTAM filed a Certificate of Amendment with the California Secretary of State changing its corporate name from "TTAM Research Institute" to "23andMe Research Institute." There has been no change to the entity form or management as part of this name change.

To avoid confusion and aid in the administration of these consolidated appeals, 23andMe R.I. seeks to proceed under its new corporate name, 23andMe Research Institute, rather than its former name, TTAM Research Institute. 23andMe R.I. further requests that the docket in these consolidated appeals be amended as appropriate to implement its current corporate name.

WHEREFORE 23andMe R.I. requests an order from this Court (1) granting the Motion; (2) permitting 23andMe R.I. to proceed in these consolidated appeals under its current corporate name, "23andMe Research Institute"; (3) authorizing the Clerk of the Court to make all administrative changes necessary to reflect 23andMe R.I's current corporate name, including any changes to docket entries in these consolidated appeals that reference 23andMe R.I.'s former corporate name; and (4) for such other and further relief as the Court deems just and proper.

[*Signature page to follow.*]

DATED: August 18, 2025        Respectfully submitted,

By: /s/ *Katie Spewak*
Barbara A. Smith, #66237MO
David M. Unseth, #48086MO
Katie Spewak, #75979MO
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Barbara.Smith@bclplaw.com
David.Unseth@bclplaw.com
Katie.Spewak@bclplaw.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Joseph O. Larkin (admitted *pro hac vice*)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
Joseph.Larkin@skadden.com

*Attorneys for Interested Party 23andMe Research Institute*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri by using the CM/ECF system. I further certify that the foregoing will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

>
> */s/ Katie Spewak*
> Katie Spewak
> *Attorney for Interested Party 23andMe Research Institute*