MOED-0001         DISCLOSURE STATEMENT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

The People of the State of California, )
)
)
Plaintiff(s),       )
)
vs.            )    Case No. 4 25-CV-00999
23andMe Holding Co ,    )
)
)
Defendant(s).       )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for 23andMe Research Institute hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

   a. Whether it is publicly traded, and if it is, on which exchange(s):
   23andMe Research Institute is not a publicly traded company

   b. Its parent companies or corporations (if none, state "none"):
   None

   c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None

   d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   None.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   Not applicable.

   Note. Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001        DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: __Katie Spewak, #75979MO__
Address: __211 N. Broadway, Suite 3600__
City/State/Zip: __St. Louis, MO 63102__
Phone: __314-259-2916__

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
__August 18__, 20__25__.

_____
Signature