UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et. al., | ) ) ) | |
| Appellants, | ) ) | |
| Vs. | ) ) | Case No. 4:25-cv-0999-MTS |
| 23 AND ME Holding Co., d/b/a VG ACQUISITION CORP., | ) ) ) ) | Consol. Appeal of 4:25-bk-40976 |
| Appellee | ) | |

## APPELLANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF

COME NOW certain current and former members of 23andMe Holding Co. and Amici Curiae The University of California, Santa Cruz Center for Applied Values and Ethics in the Advancing Technologies (CAVEAT), members of the Global BioData Trust Bioethics Committee (Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deacon, M.D., Andrea Downing and Elizabeth Dreicer), by and through counsel, and move this Court for an additional thirty (30) days in which to prepare and file their Appellants' Brief in this matter. In support of their motion Appellants state:

1.  Pursuant to this Court's Case Management Order dated July 7, 2025, Appellants are scheduled to serve and file their Appellants' Brief within thirty days of the docketing of notice that the record was transmitted or available electronically.

1

2. Docketing of the notice the record was transmitted/available electronically occurred on August 6, 2025, making the Appellants' Brief due on September 5, 2025.

3. Between the time the record was transmitted/electronically available and the filing of this motion, Appellants have been diligently engaged in the process of retaining appellate specialists to pursue this appeal.

4. Appellants' substitute counsel anticipates they can prepare and file an appellate brief compliant with applicable procedural rules if granted an extension of sixty (60) days up to and including November 4, 2025.

5. This is Appellants' first request for an extension of time; and this request is not made for any vexatious or improper purpose.

WHEREFORE Appellants move this Court to extend the time for the filing of the Appellants' Brief to and including November 4, 2025. Appellants request such further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

**BUCKLEY, ENGELBART & CHAPELL, LLC**

By: /s/ *Martin J. Buckley*
Martin J. Buckley    #37000MO
10805 Sunset Office Drive, Suite 401
St. Louis, MO 63127
Telephone:    (314) 621-3434
Facsimile:    (314) 621-3485
mbuckley@buckleylawllc.com
*Attorneys for Appellants CAVEAT and members*
*of the Global BioData Trust Bioethics Committee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of September, 2025, a copy of the above and foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, with copies to be served all counsel of record by operation of the Court's electronic filing system.

<u>/s/ Martin J. Buckley</u>