# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,<br><br>    *Debtors.* | Bankr. Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered) |
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Appellant*,<br><br>v.<br><br>23ANDME HOLDING CO., *et al.*,<br><br>    *Appellees*. | Case No.: 4:25-cv-00999-MTS<br><br>Hon. Matthew T. Schelp |

## THE PEOPLE OF THE STATE OF CALIFORNIA'S
## REQUEST FOR JUDICIAL NOTICE

## REQUEST FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201, the People of the State of California ("People") respectfully request that the Court take judicial notice of the following two documents:

1. The People of the State of California's complete "Proof of Claim," submitted on September 4, 2025, in 23andMe, Inc.'s bankruptcy case, Bankr. E.D. Mo. Case No. 25-40977. (A true and correct copy is attached as <u>Exhibit A</u>.)

2. The People of the State of California's complete "Proof of Claim," submitted on September 4, 2025, in 23andMe Holding Co.'s bankruptcy case, Bankr. E.D. Mo. Case No. 25-40976. (A true and correct copy is attached as <u>Exhibit B</u>.)

A court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b)(2). Proofs of claim are appropriate for judicial notice. *See, e.g.*, *In re James*, 300 B.R. 890, 895 (Bankr. W.D. Tex. 2003) ("This Court is well aware that judicial notice can be taken as to the existence of documents, such as proofs of claim or a debtor's schedules, without inquiring whether the information contained in them is true.").

Accordingly, the People request judicial notice of these two documents.

/ / /

Dated: September 5, 2025

Respectfully submitted,

Rob Bonta
Attorney General
Nicklas A. Akers #211222 (CA)
Senior Assistant Attorney General

/s/ Bernard A. Eskandari
Bernard A. Eskandari #244395(CA)
Supervising Deputy Attorney General
Daniel M.B. Nadal #299661(CA)
Deputy Attorney General

*Attorneys for Creditor the People of the State of California*

CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:  (213) 269-6348
Facsimile:  (916) 731-2146
Email:     bernard.eskandari@doj.ca.gov
           daniel.nadal@doj.ca.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be filed with the Clerk of the United States District Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

/s/ Bernard A. Eskandari
An Attorney for the People of the State of California
