# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et. al., | ) ) ) | |
| Appellant(s), | ) ) | |
| Vs. | ) ) | Case No. 4:25-cv-0999-MTS |
| 23ANDME HOLDING CO., d/b/a VG ACQUISITION CORP. | ) ) ) | Consol. Appeal of 4:25-bk-40976 |
| Appellee(s) | ) ) | |

## MOTION TO CORRECT VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Attorney, Bret Vallacher, of Massey & Gail LLP, inadvertently filed a Verified Motion for Admission Pro Hac Vice (Dkt. 82) requesting admission to represent Debtor, 23andMe Holding Co., d/b/a VG Acquisition Corp. ("Debtor").  Attorney Vallacher submits this Motion to Correct Verified Motion for Admission Pro Hac Vice, withdrawing his representation of Debtor and requesting Pro Hac Vice Admission to represent Interested Parties Center for Applied Values and Ethics in Advancing Technology (CAVEAT) and Elizabeth Dreicer.  Attached as Exhibit A is the corrected Verified Motion for Admission Pro Hac Vice motion.

Date: September 15, 2025                                             Respectfully submitted,

/s/ Bret R. Vallacher
Bret R. Vallacher
MASSEY & GAIL LLP
1000 Maine Ave SW, Suite 450
Washington, D.C. 20024
(202) 780-0351 (telephone)
(312) 379-0467 (facsimile)
bvallacher@masseygail.com

1

*Attorney for Interested Parties*
Center for Applied Values and Ethics in Advancing Technology *(CAVEAT) and Elizabeth Dreicer*