# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CA, et al. ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:25-cv-0999-MTS |
| ) | |
| 23ANDME HOLDING CO. ) | |
| Defendant. ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Bret R. Vallacher, move to be admitted pro hac vice to the bar of this court for the purpose of representing See Exhibit 1 in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
 Bret R. Vallacher

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

 Name: Bret R. Vallacher
 Address: 1000 Maine Ave. SW, Suite 450
 City, State Zip: Washington, D.C. 20024
 Phone No.: 202-780-0351
 Fax No.:

(c) Email for movant-attorney;
 bvallacher@masseygail.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
 Stanford Law School, 2013

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See Exhibit 2 | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

*/s/ Bret Valladra*

_____
Signature of Movant



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Bret R. Vallacher*

was duly qualified and admitted on July 20, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 09, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# EXHIBIT 1

## **PARTIES TO REPRESENT**

- Center for Applied Values and Ethics in Advancing Technology (CAVEAT)

- Elizabeth Dreicer

# **EXHIBIT 2**

**List of Court Admissions**

| Jurisdiction | Date | Attorney Bar Number |
|---|---|---|
| District of Columbia<br>DC Bar | July 20, 2023 | 90014327 |
| State Bar of Florida<br>Florida Supreme Court | September 27, 2018 | 1011122 |
| State Bar of New York<br>New York State | April 28, 2014 | 5234703 |
| United States Supreme Court | May 13, 2024 | 321871 |
| United States Courts of Appeals for the Second Circuit | November 20, 2024 | N/A |
| United States Courts of Appeals for the Ninth Circuit | June 8, 2023 | N/A |
| United States Courts of Appeals for the Federal Circuit | June 8, 2023 | N/A |
| United States Courts of Appeals for the District of Columbia Circuit | November 13, 2024 | 65678 |
| United States Court of Federal Claims | December 22, 2020 | N/A |
| United States Court of International Trade | April 29, 2021 | N/A |
| United States District Court for the District of Columbia | February 5, 2024 | 90014327 |
| United States District Court for the Southern District of Florida | November 2, 2018 | 1011122 |
| United States District Court for the Northern District of Illinois | November 20, 2024 | 90014327 |
| United States District Court for the Southern District of New York | December 1, 2014 | BV9088 |
| United States District Court for the Northern District of New York | August 6, 2025 | 6608689 |