**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) | |
| Appellants, | ) | |
| v. | ) | Case No. 4:25-CV-00999-CMS |
| 23ANDME HOLDING CO., *et al*., | ) | |
| Appellees. | ) | |

**JUDGMENT**

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that the final decision of the Bankruptcy Court (Doc. 1 Att. 1) in this action is affirmed. This appeal is **DISMISSED** with prejudice. The Clerk of Court is directed to close this case.

Dated this 29th day of September 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE